IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DEONTA LOWE,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 5:21-cr-00032-TES-CHW-1 |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | Proceedings Under 28 U.S.C. § 2255 |
| Respondent. | : | Before the U.S. Magistrate Judge |
| | : | |

### ORDER TO LIFT STAY AND RESPOND

On April 17, 2023, this Court entered an Order to Stay in Petitioner's proceedings pursuant to Section 2255, pending the resolution of an appeal to the United States Circuit Court for the Eleventh Circuit. (Doc. 135). On October 11, 2024, the Court of Appeals entered a Mandate adopting the decision to affirm Petitioner's conviction. (Docs. 137, 138). Therefore, it is now **ORDERED** that the Stay on Petitioner's proceedings be lifted.

**IT IS FURTHER ORDERED** that Petitioner shall have **thirty (30) days** from the date of this Order to amend his Section 2255 motion to include every unalleged possible constitutional error or deprivation entitling him to federal habeas corpus relief, failing which he will be presumed to have deliberately waived his right to complain of any constitutional errors or deprivations other than those set forth in his initial motion. If the motion is amended, Petitioner will be presumed to have deliberately waived his right to complain of any constitutional errors or deprivations other than those set forth in his initial and amended motions.

**IT IS FURTHER ORDERED** that the United States Attorney **RESPOND** to Petitioner's claims by filing an answer or other responsive pleading pursuant to Rule 5 of the Rules

1

Governing Section 2255 Proceedings for the United States District Courts within **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 24th day of October, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

2