IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DEONTA LOWE,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Case No. 5:21-cr-00032-TES-CHW-1 |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| : | Proceedings Under 28 U.S.C. § 2255 |
| Respondent. : | Before the U.S. Magistrate Judge |
| : | |

# ORDER

On April 17, 2023, this Court entered an Order to Stay in Petitioner's proceedings pursuant to Section 2255, pending the resolution of an appeal to the United States Circuit Court for the Eleventh Circuit. (Doc. 135). On October 11, 2024, the Court of Appeals entered a Mandate adopting the decision to affirm Petitioner's conviction. (Docs. 137, 138). The Court lifted the stay, ordered Petitioner to amend the motion to include all possible grounds, and directed the Government to respond to the motion. (Doc. 139). Petitioner's copy of the order was returned as undeliverable. (Doc. 140). The Government responded to the motion as directed. (Doc. 141). Petitioner, though counsel, then filed a writ of certiorari with the United States Supreme Court, which has since been denied. (Docs. 142, 143).

Because the grounds between his appeal and *pro se* Section 2255 motion overlap, Petitioner is **ORDERED** to inform the Court whether he intends to proceed with the Section 2255 motion as filed, amend the motion, or withdraw the motion by April 15, 2025. Because the Court has previously provided Petitioner an opportunity to amend his motion, any amended grounds are also due on April 15, 2025.

1

If Petitioner proceeds with his original Section 2255 motion, either by choice or by failing to respond to this Order, Petitioner again is advised that if he fails to amend his motion to include all his possible grounds, Petitioner will be presumed to have deliberately waived his right to complain of any constitutional errors or deprivations other than those set forth in the original motion. Petitioner is also advised that going forward on the original motion as submitted, will subject any future Section 2255 motion to the restrictive conditions federal law imposes upon second or successive Section 2255 motions. *See* 28 U.S.C. § 2255(h).

**SO ORDERED**, this 14th day of March 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge