# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DEONTA LOWE,<br><br>*Petitioner*,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>*Respondent.* | **Case No. 5:21-cr-032-TES-CHW-1**<br>**Case No. 5:23-cv-032-TES-CHW**<br><br>**Proceedings Under**<br>**28 U.S.C. § 2255** |

### ORDER ADOPTING THE UNITED STATES
### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 148] to deny Petitioner's Motion to Vacate, Set Aide, or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. 131] and to further deny a certificate of appealability. Plaintiff has not timely filed an objection or sought an extension of time to file an objection within the 14-day period outlined in the magistrate judge's Report and Recommendation. [Doc. 148, p. 8]. Thus, the Court reviews the Report and Recommendation for clear error. *See* 28 U.S.C. § 636(b)(1), *in connection with* Fed. R. Civ. P. 6(a)(1) & (d).

Having considered the Report and Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's

Report and Recommendation [Doc. 148] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DENIES** Petitioner's Motion to Vacate, Set Aside, or Correct Sentence [Doc. 131] and further **DENIES** a certificate of appealability.

**SO ORDERED**, this 16th day of September, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
