IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DEONTA LOWE,                                    *

            Petitioner,                         *

v.                                              Case No.  5:21-cr-00032-TES-CHW-1
                                                *
UNITED STATES OF AMERICA,
                                                *
            Respondent.
_____                 *

## **J U D G M E N T**

Pursuant to this Court's Order dated September 16, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 17th day of September, 2025.

                                          David W. Bunt, Clerk

                                          s/ Erin Pettigrew, Deputy Clerk